**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Michael McFarland,<br><br>    Plaintiff,<br><br>v.<br><br>Northwest Collectors, Inc,<br><br>    Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a natural person who resided in Zion, Illinois at all times relevant to this action.

3. Sometime prior to April 2010, Plaintiff became indebted to Huntley Fire Protection District in connection with ambulance services provided to Plaintiff, which is a "debt" as defined by 15 U.S.C. §1692a(5).

4. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. As described below, Defendant attempted to collect the debt from Plaintiff, making Plaintiff a "consumer" as defined by 15 U.S.C. §1692a(3).

6. On or around February 10, 2010, Plaintiff retained an attorney to file a chapter 7 bankruptcy.

7. In or around March 2010, Plaintiff informed Defendant during a telephone conversation that he had retained an attorney with respect to the debt, provided his attorney's contact

information, and requested that Defendant no longer communicate with Plaintiff about the debt.

8. Despite this notice, Defendant continued to telephone Plaintiff in connection with the collection of the debt on several occasions throughout March 2010.

9. On or around April 9, 2010, Plaintiff's attorneys sent further notice of Plaintiff's representation to Defendant by facsimile transmittal.

10. In this facsimile, Plaintiff's attorneys instructed Defendant to cease further communication with Plaintiff regarding the debt.

11. Despite this notice, Defendant continued to telephone Plaintiff in connection with the collection of the debt on numerous occasions throughout April 2010 and May 2010.

12. On or around May 24, 2010, Plaintiff filed a voluntary petition for a Chapter 7 bankruptcy.

13. On or around May 27, 2010, the bankruptcy court mailed Defendant notice of Plaintiff's bankruptcy.

14. Despite knowledge of Plaintiff's bankruptcy filing, Defendant continued to telephone Plaintiff on several occasions in connection with the collection of the debt in May 2010 and June 2010.

15. Defendant caused Plaintiff emotional distress.

16. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. Defendant violated 15 U.S.C. §1692c(a)(2) by communicating with knowledge that Plaintiff was represented by an attorney with respect to the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. Defendant violated 15 U.S.C. §1692c(c) by communicating with Plaintiff despite its receipt of written cease and desist instructions.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

21. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

22. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to attempt to collect a debt.

## JURY DEMAND

23. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

24. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff